UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

LES. R. KRAMSKY,

               Plaintiff,                       No.: 10 CV 2638

              -against-                    **NOTICE OF MOTION TO DISMISS**

CHETRIT GROUP, LLC, JOSEPH CHETRIT,
JUDA CHETRIT, MEYER CHETRIT, and
JACOB CHETRIT,
               Defendants.

------------------------------------------------------------- X

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Jack Babchik, Esq., dated May 6, 2010, the exhibits annexed thereto, and the accompanying and Memorandum of Law, dated May 6, 2010, defendants CHETRIT GROUP, LLC, JOSEPH CHETRIT, JUDA CHETRIT, MEYER CHETRIT, and JACOB CHETRIT, will move this Court before the Honorable Harold E. Baer, at the United States District Courthouse located at 500 Pearl Street, New York 10007, on the 18th day of June, 2010, at 9:30 a.m., or as soon thereafter as defendants may be heard, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting the defendant's Motion to Dismiss the Amended Complaint.

Dated: White Plains, New York
       May 6, 2010

                                                BABCHIK & YOUNG LLP

                                        By: _____
                                             Jack Babchik (JB 8953)
                                             Attorneys for Defendant
                                             200 East Post Road, 2nd Floor
                                             White Plains, New York 10601
                                             (914) 470-0001

To:    The Harman Firm, P.C.
        Attorneys for Plaintiff
        19 Fulton St., Suite 408
        New York, New York 10038